UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 CV 1033 |
| v. | ) |
| | ) Judge Castillo |
| AMERICAN BAR ASSOCIATION, | ) Magistrate Judge Ashman |
| | ) |
| Defendant. | ) |

**DEFENDANT AMERICAN BAR ASSOCIATION'S**
**MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendant American Bar Association ("ABA"), by its undersigned attorneys, respectfully moves this Court for a 30-day extension of time within which to answer or otherwise plead to the complaint filed in the above-captioned case, that is, an extension until April 11, 2008. In support of this motion, Defendant ABA avers as follows:

1. On February 20, 2008, Plaintiff Yaodi Hu, acting pro se, filed the complaint (the "Complaint") in the above-captioned matter against the ABA. The ABA received service of the Complaint on that same day. The ABA had no prior notice of Mr. Hu's Complaint.

2. Sidley Austin LLP was retained to represent the ABA in this action on February 27, 2008.

3. Mr. Hu's Complaint alleges that the ABA is a state actor and that its conduct with regard to law school accreditation has violated Substantive Due Process (Count I), Procedural Due Process (Count II), and the Equal Protection Clause of the 14th Amendment (County III). The ABA requests additional time to allow it review and evaluate the various

claims presented and also to discuss the action and any possible resolutions with Mr. Hu. This 30-day extension of time is warranted in light of the different legal issues raised in Mr. Hu's pro se Complaint.

4. This is the first request for an extension of time requested by any party in this case.

5. Counsel for the ABA has left voice mail messages with Mr. Hu requesting his consent to this Motion for Extension of Time but has not yet received a response. Counsel will inform the Court promptly should Mr. Hu consent to this motion.

WHEREFORE, Defendant ABA respectfully requests that the Court grant its motion for a 30-day extension of time within which to answer or otherwise plead in this case, that is, until April 11, 2008.

Respectfully submitted,

AMERICAN BAR ASSOCIATION

By: s/Michael Doss
One of their attorneys

Michael Doss
Susie Spies Roth
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)

## CERTIFICATE OF SERVICE

I, Michael Doss, an attorney, hereby certify that on this 29th day of February, 2008, I caused a true and correct copy of the foregoing **Defendant American Bar Association's Motion for Extension of Time** to be served via Federal Express (Saturday delivery) upon:

Yaodi Hu
219 W. Cermak
Chicago, IL  60616

By: s/Michael Doss