**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
|        Plaintiff, | ) |
| | )   Case No.  08 CV 1033 |
|   v. | ) |
| | )   Judge Castillo |
| AMERICAN BAR ASSOCIATION, | )   Magistrate Judge Ashman |
| | ) |
|        Defendant. | ) |

## NOTICE OF MOTION

TO:   Yaodi Hu
       219 W. Cermak
       Chicago, IL  60616

PLEASE TAKE NOTICE that on Wednesday, March 5, 2008, at 9:45 a.m., we shall appear before the Honorable Ruben Castillo, at 219 South Dearborn Street, Room 2141, Chicago, Illinois, and then and there present a Motion For An Extension Of Time To Respond, a copy of which is hereby served on you.

Respectfully submitted,

AMERICAN BAR ASSOCIATION

By: s/Michael Doss
      One of their attorneys

Michael Doss
Susie Spies Roth
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)

## CERTIFICATE OF SERVICE

I, Michael Doss, an attorney, hereby certify that on this 29th day of February, 2008, I caused a true and correct copy of the foregoing **Notice of Motion** to be served via Federal Express (Saturday delivery) upon:

Yaodi Hu
219 W. Cermak
Chicago, IL  60616

By: s/Michael Doss