# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | 08 cv 1033 |
| Plaintiffs | ) | Judge Castillo |
| Vs. | ) | |
| American Bar Association | ) | |

## Notice of Parties' Agreement

Now comes pro se plaintiff respectfully represent to the Court the following:

1. In a phone conversation with Michael Doss, Plaintiff agrees to ABA's motion to extend time for 30 days.
2. Plaintiff would not be able to appear at the hearing on Mar. 5, 2008 because of scheduling conflict.
3. Hu is interested in settlement.   ABA, as demonstrated in its motion paragraph 3, is also interested in settlement.

Respectfully submitted:    Yaodi Hu        yaodi_hu@sbcglobal.net    (773) 216- 3173

219 w. Cermak Chicago IL 60616

1