**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Yaodi Hu
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01033
                                                           Honorable Ruben Castillo

American Bar Association
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 3, 2008:

     MINUTE entry before Judge Ruben Castillo :Defendant's motion for extension of time to respond [7] is granted. Defendant to answer or otherwise plead to the complaint on or before 4/11/2008. Motion hearing set for 3/5/2008 is vacated. Parties to file a joint status report on or before 4/17/2008. The Court will hold a status hearing in open court on 4/22/2008 at 9:15 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.