**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Yaodi Hu
(Please print)

STREET ADDRESS: 219 W. Cermak

CITY/STATE/ZIP: Chicago IL 60616

PHONE NUMBER: 773 216 3173

CASE NUMBER: 08CV1033
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

Signature [signed]   Date 2/20/08