**I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1033 |
| ) | |
| ) | Judge Ruben Castillo |
| AMERICAN BAR ASSOCIATION ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

    Defendant the American Bar Association pursuant to Local Rule 3.2, hereby submits that it has no publicly owned affiliates.

                                          Respectfully submitted,

                                          THE AMERICAN BAR ASSOCIATION

                                          By: _s/Michael Doss_____
                                                One of Its Attorneys

                                          Dated: April 11, 2008

Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000