IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1033 |
| ) | |
| ) | Judge Ruben Castillo |
| AMERICAN BAR ASSOCIATION ) | |
| ) | |
| Defendant. ) | |

## AMERICAN BAR ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant the American Bar Association ("ABA"), by its undersigned attorneys, respectfully move this Court to dismiss with prejudice the Complaint filed by plaintiff Yaodi Hu. The Complaint should be dismissed in its entirety under Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

THE AMERICAN BAR ASSOCIATION

By: __s/Michael Doss_____
    One of their attorneys

Michael Doss
Susan Spies Roth
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

## CERTIFICATE OF SERVICE

I, Susan Spies Roth, an attorney, hereby certify that on this 11th day of April, 2008, I caused a true and correct copy of the foregoing **Defendant American Bar Association's Motion to Dismiss Plaintiff's Complaint** to be served via Federal Express (Saturday delivery) upon:

> Yaodi Hu
> 219 W. Cermak
> Chicago, IL  60616

By: s/Susan Spies Roth

CH1 4170685v.2