**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 1033 |
| | ) | |
| | ) | Judge Ruben Castillo |
| AMERICAN BAR ASSOCIATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Yaodi Hu
     219 W. Cermak
     Chicago, IL  60616

      PLEASE TAKE NOTICE that on Wednesday, April 22, 2008, at 9:15 a.m., we shall appear before the Honorable Ruben Castillo, at 219 South Dearborn Street, Room 2141, Chicago, Illinois, and then and there present a Motion to Dismiss Plaintiff's Complaint, a copy of which is hereby served on you.

      Respectfully submitted,

      AMERICAN BAR ASSOCIATION


      By: s/Michael Doss
          One of their attorneys

Michael Doss
Susie Spies Roth
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)

## CERTIFICATE OF SERVICE

I, Susan Spies Roth, an attorney, hereby certify that on this 11th day of April, 2008, I caused a true and correct copy of the foregoing **Defendant American Bar Association's Motion to Dismiss Plaintiff's Complaint** to be served via Federal Express (Saturday delivery) upon:

>   Yaodi Hu
>   219 W. Cermak
>   Chicago, IL  60616

                                    By: s/Susan Spies Roth