IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 1033 |
| | ) | |
| | ) | Judge Ruben Castillo |
| AMERICAN BAR ASSOCIATION | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF SUSAN SPIES ROTH**

I, Susan Spies Roth, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the state of Illinois, and I am an associate in the law firm of Sidley Austin LLP. I am one of the attorneys responsible for representing the American Bar Association ("ABA") in the above-captioned proceedings. I have knowledge of the facts stated below based on my personal knowledge and on my review of the materials that are referenced.

2. Attached to this declaration as Exhibit A is a true and correct copy of ABA Standard 304, printed from the ABA Website, at http://www.abanet.org/legaled/standards/20072008StandardsWebContent/Chapter%203.pdf.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my information and belief.

Executed on April 11, 2008.

      _____s/ Susan Spies Roth____
      Susan Spies Roth

2