**EXHIBIT A**

# STANDARDS FOR APPROVAL OF LAW SCHOOLS

## TABLE OF CONTENTS

### Chapter 1  GENERAL PURPOSES AND PRACTICES; DEFINITIONS

Standard 101. Basic Requirements for Approval ............................................................. 4

Standard 102. Provisional Approval .................................................................................. 4

Standard 103. Full Approval ............................................................................................... 6

Standard 104. Seek to Exceed Requirements .................................................................. 6

Standard 105. Major Change in Program or Structure ................................................... 7

Standard 106. Definitions .................................................................................................... 9

### Chapter 2  ORGANIZATION AND ADMINISTRATION

Standard 201. Resources for Program ............................................................................ 12

Standard 202. Self Study .................................................................................................. 12

Standard 203. Strategic Planning and Assessment ...................................................... 12

Standard 204. Governing Board of an Independent Law School ............................... 13

Standard 205. Governing Board and Law School Authority ....................................... 13

Standard 206. Dean ........................................................................................................... 13

Standard 207. Allocation of Authority between Dean and Faculty ............................. 14

Standard 208. Involvement of Alumni, Students and Others ...................................... 14

Standard 209. Non-University Affiliated Law Schools .................................................. 14

Standard 210. Law School-University Relationship ..................................................... 14

Standard 211. Non Discrimination and Equality of Opportunity ................................. 15

Standard 212. Equal Opportunity and Diversity ............................................................ 16

Standard 213. Reasonable Accommodation for Qualified Individuals with Disabilities.17

**Chapter 3 PROGRAM OF LEGAL EDUCATION**

Standard 301. Objectives ................................................................................................ 19

Standard 302. Curriculum .............................................................................................. 19

Standard 303. Academic Standards and Achievements ................................................. 22

Standard 304. Course of Study and Academic Calendar ............................................... 22

Standard 305. Study Outside the Classroom .................................................................. 25

Standard 306. Distance Education ................................................................................. 26

Standard 307. Participation in Studies or Activities in a Foreign Country ................... 28

Standard 308. Degree Programs in Addition to J.D ...................................................... 29

**Chapter 4 THE FACULTY**

Standard 401. Qualifications ......................................................................................... 30

Standard 402. Size of Full-Time Faculty ...................................................................... 30

Standard 403. Instructional Role of Faculty .................................................................. 32

Standard 404. Responsibilities of Full-Time Faculty .................................................... 33

Standard 405. Professional Environment ...................................................................... 33

**Chapter 5 ADMISSIONS AND STUDENT SERVICES**

Standard 501. Admissions ............................................................................................. 36

Standard 502. Educational Requirements ..................................................................... 36

Standard 503. Admission Test ....................................................................................... 37

Standard 504. Character and Fitness ............................................................................. 37

Standard 505. Previously Disqualified Applicant ......................................................... 38

Standard 506. Applicants from Law Schools Not Approved By the ABA ................... 38

Standard 213. Reasonable Accommodation for Qualified Individuals with Disabilities.17

**Chapter 3 PROGRAM OF LEGAL EDUCATION**

Standard 301. Objectives ................................................................................................ 19

Standard 302. Curriculum .............................................................................................. 19

Standard 303. Academic Standards and Achievements ................................................. 22

Standard 304. Course of Study and Academic Calendar ............................................... 22

Standard 305. Study Outside the Classroom .................................................................. 25

Standard 306. Distance Education ................................................................................. 26

Standard 307. Participation in Studies or Activities in a Foreign Country ................... 28

Standard 308. Degree Programs in Addition to J.D ...................................................... 29

**Chapter 4 THE FACULTY**

Standard 401. Qualifications ......................................................................................... 30

Standard 402. Size of Full-Time Faculty ...................................................................... 30

Standard 403. Instructional Role of Faculty .................................................................. 32

Standard 404. Responsibilities of Full-Time Faculty .................................................... 33

Standard 405. Professional Environment ...................................................................... 33

**Chapter 5 ADMISSIONS AND STUDENT SERVICES**

Standard 501. Admissions ............................................................................................. 36

Standard 502. Educational Requirements ..................................................................... 36

Standard 503. Admission Test ....................................................................................... 37

Standard 504. Character and Fitness ............................................................................. 37

Standard 505. Previously Disqualified Applicant ......................................................... 38

Standard 506. Applicants from Law Schools Not Approved By the ABA ................... 38

Standard 507. Applicants from Foreign Law Schools .................................................. 39

Standard 508. Enrollment of Non-Degree Candidates .................................................. 39

Standard 509. Basic Consumer Information .................................................................. 39

Standard 510. Student Loan Programs .......................................................................... 41

Standard 511. Student Support Services ....................................................................... 41

## Chapter 6  LIBRARY AND INFORMATION RESOURCES

Standard 601. General Provisions ................................................................................. 42

Standard 602. Administration ........................................................................................ 42

Standard 603. Director of the Law Library .................................................................. 43

Standard 604. Personnel ................................................................................................ 43

Standard 605. Services .................................................................................................. 44

Standard 606. Collection ............................................................................................... 44

## Chapter 7  FACILITIES

Standard 701. General Requirements ............................................................................ 47

Standard 702. Law Library ............................................................................................ 48

Standard 703. Research and Study Space ..................................................................... 48

Standard 704. Technological Capacities ....................................................................... 48

## Chapter 8  COUNCIL AUTHORITY, VARIANCES AND AMENDMENTS

Standard 801. Council Authority ................................................................................... 49

Standard 802. Variance .................................................................................................. 49

Standard 803. Amendment of Standards, Interpretations and Rules ............................. 50

**Key Word Index** ............................................................................................................. 52

*Interpretation 303-2*
*A law school shall provide academic advising to students to communicate effectively to them the school's academic standards and graduation requirements, and guidance regarding course selection and sequencing. Academic advising should include assisting each student with planning a program of study consistent with that student's goals.*

*Interpretation 303-3*
*A law school shall provide the academic support necessary to assure each student a satisfactory opportunity to complete the program, graduate, and become a member of the legal profession. This obligation may require a school to create and maintain a formal academic support program.*

**Standard 304. COURSE OF STUDY AND ACADEMIC CALENDAR**

(a) A law school shall have an academic year of not fewer than 130 days on which classes are regularly scheduled in the law school, extending into not fewer than eight calendar months. The law school shall provide adequate time for reading periods, examinations, and breaks, but such time does not count toward the 130-day academic year requirement.

(b) A law school shall require, as a condition for graduation, successful completion of a course of study in residence of not fewer than 58,000 minutes of instruction time, except as otherwise provided. At least 45,000 of these minutes shall be by attendance in regularly scheduled class sessions at the law school.

(c) A law school shall require that the course of study for the J.D. degree be completed no earlier than 24 months and no later than 84 months after a student has commenced law study at the law school or a law school from which the school has accepted transfer credit.

(d) A law school shall require regular and punctual class attendance.

(e) A law school shall not permit a student to be enrolled at any time in coursework that, if successfully completed, would exceed 20 percent of the total coursework required by that school for graduation (or a proportionate number for schools on other academic schedules, such as a quarter system).

(f) A student may not be employed more than 20 hours per week in any week in which the student is enrolled in more than twelve class hours.

*Interpretation 304-1*
*This Standard establishes a minimum period of academic instruction as a condition for graduation. While the academic year is typically divided into two equal terms of at least thirteen weeks, that equal division is not required. The Standard accommodates deviations from a conventional semester system, including quarter systems, trimesters, and mini-terms.*

*Interpretation 304-2*
*A law school may not count more than five class days each week toward the 130-day requirement.*

*Interpretation 304-3*
*In calculating the 45,000 minutes of "regularly scheduled class sessions" for the purpose of Standard 304(b), the time may include:*

*(a) coursework at a law school for which a student receives credit toward the J.D. degree by the law school, so long as that work itself meets the requirements of Standard 304;*

*(b) coursework for which a student receives credit toward the J.D. degree that is work done in a foreign study program that qualifies under Standard 307;*

*(c) law school coursework that meets the requirements of Standard 306(c);*

*(d) in a seminar or other upper-level course other than an independent research course, the minutes allocated for preparation of a substantial paper or project if the time and effort required and anticipated educational benefit are commensurate with the credit awarded; and*

*(e) in a law school clinical course, the minutes allocated for clinical work so long as (i) the clinical course includes a classroom instructional component, (ii) the clinical work is done under the direct supervision of a member of the law school faculty or instructional staff whose primary professional employment is with the law school, and (iii) the time and effort required and anticipated educational benefit are commensurate with the credit awarded.*

*A law school shall not include in the 45,000 minutes required by Standard 304(b) to be by attendance in regularly scheduled class sessions at the law school any other coursework, including but not limited to (i) work qualifying for credit under Standard 305;(ii) coursework completed in another department, school or college of the university with which the law school is affiliated or at another institution of higher learning; and (iii) co-curricular activities such as law review, moot court, and trial competitions.*

*Interpretation 304-4*
*Law schools may find the following examples useful. Law schools on a conventional semester system typically require 700 minutes of instruction time per "credit," exclusive of time for an examination. A quarter hour of credit requires 450 minutes of instruction time, exclusive of time for an examination. To achieve the required total of 58,000 minutes of instruction time, a law school must require at least 83 semester hours of credit, or 129 quarter hours of credit.*

*If a law school on a semester system offers classes in units of 50 minutes per credit, it can provide 700 minutes of instruction in 14 classes. If such a law school offers classes in units of 55 minutes per class, it can provide 700 minutes of instruction in 13 classes. If such a law school offers classes in units of 75 minutes per class, it can provide 700 minutes of instruction in 10 classes.*

*If a law school on a quarter system offers classes in units of 50 minutes per class, it can provide 450 minutes of instruction in 9 classes. If such a law school offers classes in units of 65 minutes per class, it can provide 450 minutes of instruction in 8 classes. If such a law school offers classes in units of 75 minutes per class, it can provide 450 minutes of instruction in 6 classes.*

*In all events, the 130-day requirement of Standard 304(a) and the 58,000-minute requirement of Standard 304(b) should be understood as separate and independent requirements.*

***Interpretation 304-5***
*Credit for a J.D. degree shall only be given for course work taken after the student has matriculated in a law school. A law school may not grant credit toward the J.D. degree for work taken in a pre-admission program.*

***Interpretation 304-6***
*A law school shall demonstrate that it has adopted and enforces policies insuring that individual students satisfy the requirements of this Standard, including the implementation of policies relating to class scheduling, attendance, and limitation on employment.*

***Interpretation 304-7***
*Subject to the provisions of this Interpretation, a law school shall require a student who has completed work in an LL.M. or other post J.D. program to complete all of the work for which it will award the J.D. degree following the student's regular enrollment in the school's J.D. program. A law school may accept transfer credit as otherwise allowed by the Standards.*

*A law school may award credit toward a J.D. degree for work undertaken in a LL.M. or other post J.D. program offered by it or another law school if:*

> *(a) that work was the successful completion of a J.D. course while the student was enrolled in a post-J.D. law program;*
>
> *(b) the law school at which the course was taken has a grading system for LL.M. students in J.D. courses that is comparable to the grading system for J.D. students in the course, and*
>
> *(c) the law school accepting the transfer credit will require that the student successfully complete a course of study that satisfies the requirements of Standards 302(a)-(b) and that meets all of the school's requirement for the awarding of the J.D. degree.*

## Standard 305. STUDY OUTSIDE THE CLASSROOM

**(a) A law school may grant credit toward the J.D. degree for courses or a program that permits or requires student participation in studies or activities away from or outside the law school or in a format that does not involve attendance at regularly scheduled class sessions.**