UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Yaodi Hu
        Plaintiff,

v.               Case No.: 1:08−cv−01033
              Honorable Ruben Castillo

American Bar Association
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

  MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/22/2008. Plaintiff's response to defendant's motion to dismiss [14] is due on or before 5/22/2008. Defendant's reply will be due on or before 6/6/2008. The Court will rule by mail. All discovery is stayed until the Court rules on the motion to dismiss.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.