AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Yaodi Hu

Plaintiff

SUMMONS IN A CIVIL CASE

V.

American Bar Association
& Illinois Institute of Technology

CASE NUMBER: 08 CV 1033

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED
MAGISTRATE JUDGE:

Jury Demand

TO: (Name and address of Defendant)

Illinois Institute of Technology
Chicago Kent College of Law
3300 S Federal Street Chicago IL 60616

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
219 W. Cermak
Chicago IL 60616

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Jannetta Nunez
(By) DEPUTY CLERK

5-6-08
DATE