IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1033 |
| ) | |
| ) | Judge Ruben Castillo |
| AMERICAN BAR ASSOCIATION, and ) | |
| ILLINOIS INSTITUTE OF TECHNOLOGY ) | |
| CHICAGO KENT COLLEGE OF LAW ) | |
| ) | |
| Defendants. ) | |

## AMERICAN BAR ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant the American Bar Association ("ABA"), by its undersigned attorneys, respectfully move this Court to dismiss with prejudice the First Amended Complaint filed by plaintiff Yaodi Hu. The First Amended Complaint should be dismissed in its entirety under Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

THE AMERICAN BAR ASSOCIATION

By: __s/Michael Doss_____
One of their attorneys

Michael Doss
Susan Spies Roth
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

## CERTIFICATE OF SERVICE

    I, Susan Spies Roth, an attorney, hereby certify that on this 28th day of May, 2008, I caused a true and correct copy of the foregoing **Defendant American Bar Association's Motion to Dismiss Plaintiff's First Amended Complaint** to be served via Federal Express (Saturday delivery) upon:

  Yaodi Hu
  219 W. Cermak
  Chicago, IL  60616

  Terence Flynn
  Flynn & Jones
  19 South LaSalle Street Suite 1300
  Chicago, IL  60603

            By:  s/Susan Spies Roth