IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1033 |
| ) | |
| ) | Judge Ruben Castillo |
| AMERICAN BAR ASSOCIATION, and ) | |
| ILLINOIS INSTITUTE OF TECHNOLOGY ) | |
| CHICAGO KENT COLLEGE OF LAW ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Yaodi Hu
219 W. Cermak
Chicago, IL  60616

Terence Flynn
Flynn & Jones
19 South LaSalle Street Suite 1300
Chicago, IL  60603

     PLEASE TAKE NOTICE that on Wednesday, June 4, 2008, at 9:45 a.m., we shall appear before the Honorable Ruben Castillo, at 219 South Dearborn Street, Room 2141, Chicago, Illinois, and then and there present a Motion to Dismiss Plaintiff's First Amended Complaint, a copy of which is hereby served on you.

     Respectfully submitted,

     AMERICAN BAR ASSOCIATION


     By: s/Michael Doss
         One of their attorneys

Michael Doss
Susie Spies Roth
Sidley Austin LLP

One South Dearborn Street
Chicago, IL  60603
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)

-2-

**CERTIFICATE OF SERVICE**

I, Susan Spies Roth, an attorney, hereby certify that on this 28th day of May, 2008, I caused a true and correct copy of the foregoing **Defendant American Bar Association's Motion to Dismiss Plaintiff's First Amended Complaint** to be served via Federal Express (Saturday delivery) upon:

    Yaodi Hu
    219 W. Cermak
    Chicago, IL  60616

    Terence Flynn
    Flynn & Jones
    19 South LaSalle Street Suite 1300
    Chicago, IL  60603

                                        By:  s/Susan Spies Roth