UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Yaodi Hu
                         Plaintiff,

v.                                                   Case No.: 1:08−cv−01033
                                                        Honorable Ruben Castillo

American Bar Association, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's response to Defendant American Bar Association's motion to dismiss Plaintiff's first amended complaint [25] and Defendant Illinois Institute of Technology's motion to dismiss [28] is due on or before 6/23/2008. Defendants' replies will be due on or before 7/3/2008. The Court will rule by mail. Motion hearing set for 6/4/2008 is vacated. Discovery is stayed until the Court rules on the pending motions to dismiss.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.