UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Yaodi Hu
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−01033
                                                     Honorable Ruben Castillo

American Bar Association, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Defendant American Bar Association's motion to dismiss [14] is denied as moot. The briefing schedule on defendant American Bar Association's motion to dismiss amended complaint [25] and defendant Illinois Institute of Technology's motion to dismiss [28] will stand.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.