Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1033 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Yaodi Hu vs. American Bar Association, et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. American Bar Association's motion to dismiss [26] and the Illinois Institute of Technology's motion to dismiss [28] are granted. This case is hereby dismissed with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

FILED
2008 JUL 25 PH 2:32
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|