# United States District Court

## Northern District of Illinois
### Eastern Division

Yaodi Hu

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 1033

American Bar Association, et al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came before the Court and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants, American Bar Association and Illinois Institute of Technology and against Plaintiff, Yaodi Hu.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 7/24/2008

*Ruth O'Shea*
Ruth O'Shea, Deputy Clerk