UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | No. 08 CV 1033 |
| Plaintiffs | ) | |
| Vs. | ) | Judge Ruben Castillo |
| American Bar Association   & | ) | |
| Illinois Institute of Technology | ) | Jury Demand |

# Plaintiff Hu's Rule 15 (a) Motion to Amend Complaint

## Brief Procedural History:

1. Plaintiff filed his original complaint in February 2008. April 2008, Plaintiff filed his first Amended Complaint. Defendant ABA filed its Motion to Dismiss Hu's First Amended Complaint on May 28, 2008. Defendant IIT filed its Motion to Dismiss on May 30, 2008.

2. This Court docketed its Judgment Order on July 29, 2008, granting all defendants' motion to dismiss and dismissed plaintiff's action with prejudice.

## Plaintiff Respectfully Move this Court Granting Him Leave to Amend under Rule 15 (a)

3. In this Circuit, after a judgment has been entered, a party must have the judgment reopened pursuant to Federal Rule of Civil Procedure 59 (e) or 60(b) and then request leave to amend pursuant to Rule 15 (a). **Amendola v. Bayer** 907 F.2d 760, 765 n. 4 (7th Cir. 1990), **Diersen v. Chicago Car Exchange**, 110 F.3d 481, 490 n. 6 (7th Cir. 1997).

4. "The Supreme Court has stated that leave will generally be given unless factors such as undue prejudice, undue delay, or bad faith are present. **Forman v. Davis**, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed. 2d 222 (1962)." see **Amendola v. Bayer** 907 F.2d 760, 765 n. 4 (7th Cir.

1

1990)

5. Plaintiff hereby attach his Second Amended Complaint with this Rule 15 (a) Motion.

6. In his Seconded Amended Complaint, Plaintiff is adding a new Count of Sherman Act violation in good faith.   Plaintiff also adds as defendant Chief Justice of State of Illinois Supreme Court.

7.  There is no undue delay and prejudice to defendants.

8. Plaintiff hereby respectfully moves this Court grant him leave to amend his Complaint.


Respectfully submitted:

Yaodi Hu  signature: yaodi hu    219 w. cermak Chicago IL 60616