# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YAODI HU ) | |
| ) | 08 cv 1033 |
| Plaintiffs ) | Judge Castillo |
| Vs. ) | |
| American Bar Association ) | |

## Notice of Appeal

Notice is hereby given that Yaodi Hu in the above named case, appeals to the United States Court of Appeals, Seventh Circuit (219 S. Dearborn Chicago IL 60604) from the following orders entered by Honorable Castillo:

1. Order on July 24, 2008 granting American Bar Association's Motion to dismiss, and the same order granting IIT's Motion to dismiss.

2. Order on August 11, denying Hu's Rule 15 (a) Motion to Amend, and denying Hu's Rule 59 (e) Motion.

Respectfully submitted:   Yaodi Hu   yaodi_hu@sbcglobal.net   (773) 216- 3173

219 w. Cermak Chicago IL 60616     signature:  yaodi hu

1