UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | 08 cv 1033 |
| Plaintiffs | ) | Judge Castillo |
| Vs. | ) | |
| American Bar Association | ) | |

# Docketing Statement

## Jurisdiction of the Original Action:

1. The original Complaint filed by plaintiff pro se Yaodi Hu is a 42 U.S.C. § 1983 action. Jurisdiction is based upon 28 U.S.C. § 1331 and § 1343, 42 U.S.C. § 1983, 28 U.S.C. § 2201 and § 2202, District Court also has jurisdiction under the doctrine of common law due process. See _Thomas M. Cooley Law Sch. V. American Bar Association_ 459 F.3d 705 (6th Cir. 2006).

## Appellate Jurisdiction:

2. This Court has jurisdiction under Federal Rule of Appellate Procedure 3 and 28 U.S.C. § 1291.

3. On July 24, 2008, the District Court granted both defendants' Motion to dismiss and the Court entered final judgment the same day.

4. August 5, 2008, plaintiff Hu file Rule 59 (e) Motion and Rule 15 (a) Motion. Both motions was denied by the District Court on August 11, 2008.

5. According to Federal Rules of Appellate Procedure 4 (a) (1)(A), plaintiff Yaodi Hu has 30 days to file his Notice of Appeal.

6. August 21, 2008, plaintiff pro se Yaodi Hu filed his Notice of Appeal.

## Conclusion:

7. Therefore, this Seventh Circuit Court of Appeals has jurisdiction to review the orders of the District Court in the case of 08 cv 1033.

Respectfully submitted:    Yaodi Hu        yaodi_hu@sbcglobal.net   (773) 216- 3173

219 w. Cermak Chicago IL 60616        signature:  yaodi hu