

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

September 10, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Hu -v- American Bar Association

U.S.D.C. DOCKET NO. : 08 cv 1033

U.S.C.A. DOCKET NO. : 08 - 3156

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)          *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Hu -v- American Bar Association.

USDC NO.     : 08 cv 1033

USCA NO.     : 08 - 3156

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 10th day of Sept. 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
     D. Jordan, Deputy Clerk

## United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01033
## Internal Use Only

1.

Hu v. American Bar Association
Assigned to: Honorable Ruben Castillo

Case in other court:                    08-03156

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 02/20/2008
Date Terminated: 07/24/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Yaodi Hu**                    represented by  **Yaodi Hu**
                                                219 W. Cermak
                                                Chicago, IL 60616
                                                Email: yaodi_hu@sbcglobal.net
                                                PRO SE

V.

**Defendant**

**American Bar Association**     represented by  **Michael P. Doss**
                                                Sidley Austin LLP
                                                One South Dearborn Street
                                                Suit e32-E-21
                                                Chicago , IL 60603
                                                312-853-7920
                                                Email: mdoss@sidley.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Illinois Institute of Technology**     represented by  **Terence Edward Flynn**
                                                        Flynn & Jones
                                                        19 S. LaSalle St.
                                                        Suite 1300

Chicago , IL 60603
(312) 346-1378
Email: terence.flynn.esq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | COMPLAINT filed by Yaodi Hu; Filing fee $ 350.(gej, ) (Entered: 02/21/2008) |
| 02/20/2008 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 02/21/2008) |
| 02/20/2008 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 2/20/2008 in the amount of $350.00, receipt number 10914117. (gej, ) (Entered: 02/21/2008) |
| 02/20/2008 | 4 | SUMMONS Issued as to Defendant American Bar Association. (gej, ) (Entered: 02/21/2008) |
| 02/20/2008 | 11 | PRO SE Appearance by Plaintiff Yaodi Hu. (Previously misplaced document). (gmr, ) (Entered: 03/20/2008) |
| 02/28/2008 | 5 | SUMMONS Returned Executed by Yaodi Hu as to American Bar Association on 2/20/2008, answer due 3/11/2008. (Attachments: # 1 Appendix back page of summon)(Hu, Yaodi) (Entered: 02/28/2008) |
| 02/29/2008 | 6 | ATTORNEY Appearance for Defendant American Bar Association by Michael P. Doss (Doss, Michael) (Entered: 02/29/2008) |
| 02/29/2008 | 7 | MOTION by Defendant American Bar Association for extension of time to file answer regarding complaint 1 (Doss, Michael) (Entered: 02/29/2008) |
| 02/29/2008 | 8 | NOTICE of Motion by Michael P. Doss for presentment of motion for extension of time to file answer, motion for relief 7 before Honorable Ruben Castillo on 3/5/2008 at 09:45 AM. (Doss, Michael) (Entered: 02/29/2008) |
| 03/03/2008 | 9 | NOTICE by Yaodi Hu *agreement to ABA's Motion to extend time for 30 days* (Hu, Yaodi) (Entered: 03/03/2008) |
| 03/03/2008 | 10 | MINUTE entry before Judge Ruben Castillo :Defendant's motion for extension of time to respond 7 is granted. Defendant to answer or otherwise plead to the complaint on or before 4/11/2008. Motion hearing set for 3/5/2008 is vacated. Parties to file a joint status report on or before 4/17/2008. The Court will hold a status hearing in open court on 4/22/2008 at 9:15 AM.Mailed notice (rao, ) (Entered: 03/03/2008) |
| 04/11/2008 | 12 | ATTORNEY Appearance for Defendant American Bar Association by Michael P. Doss (Doss, Michael) (Entered: 04/11/2008) |

| 04/11/2008 | 13 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by American Bar Association (Doss, Michael) (Entered: 04/11/2008) |
| 04/11/2008 | 14 | MOTION by Defendant American Bar Association to dismiss *Plaintiff's Complaint* (Doss, Michael) (Entered: 04/11/2008) |
| 04/11/2008 | 15 | MEMORANDUM by American Bar Association in support of motion to dismiss 14 (Attachments: # 1 Declaration of Susan Spies Roth, # 2 Exhibit A)(Doss, Michael) (Entered: 04/11/2008) |
| 04/11/2008 | 16 | ~~NOTICE of Motion by Michael P. Doss for presentment of motion to dismiss 14 before Honorable Ruben Castillo on 4/22/2008 at 09:15 AM. (Doss, Michael) (Entered: 04/11/2008)~~ |
| 04/11/2008 | 17 | MEMORANDUM by American Bar Association in support of motion to dismiss 14 (Attachments: # 1 Declaration of Susan Spies Roth, # 2 Exhibit A)(Doss, Michael) (Entered: 04/11/2008) |
| 04/15/2008 | 18 | MINUTE entry before Judge Honorable Ruben Castillo:The status hearing set for 4/22/2008 will begin at 9:45 AM. Defendant's motion to dismiss 14 is entered and continued to 4/22/2008 at 9:45 AM.Mailed notice (rao, ) (Entered: 04/15/2008) |
| 04/17/2008 | 19 | STATUS Report *(Joint Initial)* by Yaodi Hu, American Bar Association (Doss, Michael) (Entered: 04/17/2008) |
| 04/22/2008 | 20 | MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/22/2008. Plaintiff's response to defendant's motion to dismiss 14 is due on or before 5/22/2008. Defendant's reply will be due on or before 6/6/2008. The Court will rule by mail. All discovery is stayed until the Court rules on the motion to dismiss.Mailed notice (rao, ) (Entered: 04/22/2008) |
| 04/22/2008 | 21 | *first* AMENDED complaint by Yaodi Hu against all defendants (Hu, Yaodi) (Entered: 04/22/2008) |
| 05/06/2008 | 22 | ~~SUMMONS Issued as to Defendant Illinois Institute of Technology. (gej, ) (Entered: 05/06/2008)~~ |
| 05/09/2008 | 23 | ~~SUMMONS Returned Executed by Yaodi Hu as to Illinois Institute of Technology on 5/8/2008, answer due 5/28/2008. (Attachments: # 1 Supplement returned summon back)(Hu, Yaodi) (Entered: 05/09/2008)~~ |
| 05/27/2008 | 24 | ~~ATTORNEY Appearance for Defendant Illinois Institute of Technology by Terence Edward Flynn (Flynn, Terence) (Entered: 05/27/2008)~~ |
| 05/28/2008 | 25 | MOTION by Defendant American Bar Association to dismiss *Plaintiff's First Amended Complaint* (Doss, Michael) (Entered: 05/28/2008) |
| 05/28/2008 | 26 | MEMORANDUM by American Bar Association in support of motion to dismiss 25 (Attachments: # 1 Declaration of Susan Spies Roth)(Doss, Michael) (Entered: 05/28/2008) |
| 05/28/2008 | 27 | ~~NOTICE of Motion by Michael P. Doss for presentment of motion to dismiss~~ |

| | | |
|---|---|---|
| | | 25 before Honorable Ruben Castillo on 6/4/2008 at 09:45 AM. (Doss, Michael) (Entered: 05/28/2008) |
| 05/30/2008 | 28 | MOTION by Defendant Illinois Institute of Technology to dismiss (Flynn, Terence) (Entered: 05/30/2008) |
| 05/30/2008 | 29 | MINUTE entry before the Honorable Ruben Castillo:Plaintiff's response to Defendant American Bar Association's motion to dismiss Plaintiff's first amended complaint 25 and Defendant Illinois Institute of Technology's motion to dismiss 28 is due on or before 6/23/2008. Defendants' replies will be due on or before 7/3/2008. The Court will rule by mail. Motion hearing set for 6/4/2008 is vacated. Discovery is stayed until the Court rules on the pending motions to dismiss.Mailed notice (rao, ) (Entered: 05/30/2008) |
| 06/05/2008 | 30 | MINUTE entry before the Honorable Ruben Castillo:Defendant American Bar Association's motion to dismiss 14 is denied as moot. The briefing schedule on defendant American Bar Association's motion to dismiss amended complaint 25 and defendant Illinois Institute of Technology's motion to dismiss 28 will stand.Mailed notice (rao, ) (Entered: 06/05/2008) |
| 06/06/2008 | 31 | RESPONSE by Yaodi Huin Opposition to MOTION by Defendant American Bar Association to dismiss *Plaintiff's First Amended Complaint* 25 (Hu, Yaodi) (Entered: 06/06/2008) |
| 06/09/2008 | 32 | RESPONSE by Yaodi Huin Opposition to MOTION by Defendant Illinois Institute of Technology to dismiss 28 (Hu, Yaodi) (Entered: 06/09/2008) |
| 07/02/2008 | 33 | REPLY by Illinois Institute of Technology to response in opposition to motion 32 (Flynn, Terence) (Entered: 07/02/2008) |
| 07/03/2008 | 34 | REPLY by American Bar Association to MOTION by Defendant American Bar Association to dismiss *Plaintiff's First Amended Complaint* 25 (Doss, Michael) (Entered: 07/03/2008) |
| 07/24/2008 | 35 | MINUTE entry before the Honorable Ruben Castillo: Enter Memorandum Opinion and Order. American Bar Association's motion to dismiss 25 and the Illinois Institute of Technology's motion to dismiss 28 are granted. This case is hereby dismissed with prejudice. Civil case terminated. Mailed notice (gmr, ) (Entered: 07/29/2008) |
| 07/24/2008 | 36 | MEMORANDUM Opinion and Order Signed by the Honorable Ruben Castillo on 7/24/2008. (gmr, ) (Entered: 07/29/2008) |
| 07/24/2008 | 37 | ENTERED JUDGMENT. (gmr, ) (Entered: 07/29/2008) |
| 08/05/2008 | 38 | MOTION by Plaintiff Yaodi Hu to set aside judgment *rule 59 (e) motion* (Hu, Yaodi) (Entered: 08/05/2008) |
| 08/05/2008 | 39 | MOTION by Plaintiff Yaodi Hu to amend/correct *Rule 15 (a) motion* (Attachments: # 1 Appendix second amended complaint)(Hu, Yaodi) (Entered: 08/05/2008) |

| 08/11/2008 | 40 | MINUTE entry before the Honorable Ruben Castillo: On July 24, 2008, this court entered a memorandum, opinion and order dismissing Plaintiff Yaodi Hu's First Amended Complaint against Defendants, the American Bar Association and the Illinois Institute of Technology, because neither Defendant was a state actor. (R.36) On August 5, 2008, Hu filed a motion to reconsider on the grounds that this Court failed to accept as true all well-pleaded material facts in Hu's complaint under Rule 12(b)(6). (R. 38) As this Court explained in its prior opinion, a Section 1983 claim cannot stand against a non-state actor. See Wade v. Byles, 83 F. 3d 902, 904-05 (7th Cir. 1996). This is not a "fact" for Hu to plead; rather, this is a rule of law which Hu cannot plead around. Neither the ABA nor IIT are state actors, and Hu's complaint thus fails as a matter of law. (See R. 36, Mem. Op. and Order at 6-9.) Accordingly, Hu's motion for reconsideration (R.38) is denied. Hu has also filed a motion to amend his complaint a second time to add one non-Section 1983 count, alleging that the ABA committed price fixing in violation of the Sherman Act "by interpreting and enforcing [ABA] Standard 304(c) rigidly." (R. 39, Mot. to Amend; Ex 1, proposed Second Am. Compl. 67.) Standard 304(c), however, has nothing to do with price fixing. It provides that an ABA-accredited law school "shall require that the course of study for the J.D. degree be completed no earlier than 24 months and no later that 84 months after a student has commenced study at the law school." Moreover, the Court is aware of no precedent suggesting that "interpreting and enforcing" a statue could ever lead to price fixing. As Hu's Sherman Act allegation has no basis in law or fact, and it is within the Court's discretion to deny leave to amend, see Pugh v. Tribune Co., 521 F.3d 686, 698 (7th Cir, 2008), the Court denies Hu's motion to amend. (R. 39.)Mailed notice. (kjc, ) (Entered: 08/12/2008) |
| 08/21/2008 | 41 | NOTICE of appeal by Yaodi Hu regarding orders 35 , 36 , 37 , 40 Filing fee $ 455. (Hu, Yaodi) (Entered: 08/21/2008) |
| 08/21/2008 | 42 | DOCKETING Statement by Yaodi Hu regarding notice of appeal 41 (Hu, Yaodi) (Entered: 08/21/2008) |
| 08/22/2008 | 43 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 08/22/2008) |
| 08/22/2008 | 44 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 41 . Notified counsel (dj, ) (Entered: 08/22/2008)~~ |
| 08/22/2008 | 45 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 41 ; USCA Case No. 08-3156. (ep, ) (Entered: 08/25/2008)~~ |
| 08/22/2008 | 46 | ~~CIRCUIT Rule 3(b) Notice. (ep, ) (Entered: 08/25/2008)~~ |
| 09/02/2008 | 47 | ~~(Court only) RECEIPT regarding payment of filing fee paid on 9/2/2008 in the amount of $455.00, receipt number 4624008109. (vcf, ) (Entered: 09/03/2008)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**